Treva LANSFORD,
*Appellant - Cross-Respondent,*

*v.*

GEORGETOWN MANOR, INC.,
an Oregon corporation,
dba Ethan Allen,
*Respondent - Cross-Appellant.*

0104-03797; A117930

88 P3d 305

Richard C. Busse and Busse & Hunt for appellant's petition.

Jeffrey P Chicoine and Newcomb, Sabin, Schwartz & Landsverk, LLP, for respondent's petition and response.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

ARMSTRONG, J.

**ARMSTRONG, J.**

Plaintiff and defendant both petition for reconsideration of our decision in *Lansford v. Georgetown Manor, Inc.*, 192 Or App 261, 84 P3d 1105 (2004). We deny defendant's petition without further discussion. We grant plaintiff's petition and modify footnote one to read as follows:

"The summary judgment record does not establish that there is a factual issue about whether plaintiff had a substantial limitation on her ability to sleep or whether defendant perceived plaintiff as having such a limitation. We therefore reject plaintiff's assertions that she was a qualified individual with a disability or was regarded to be such an individual because of an actual or perceived limitation on her ability to sleep."

Reconsideration allowed; former opinion modified and adhered to as modified.